

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00105-CV

Mava **HURD** and Leonard Izzo,
Appellants

v.

**RAPIER FAMILY FOUNDATION**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14969
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the parties' joint motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a); 43.2(f). Costs of appeal are taxed against the parties who incurred them.

SIGNED July 15, 2015.

Karen Angelini, Justice